■ In the Matter of C-AIR CUSTOMHOUSE BROKERS-FORWARDERS, INC. SALVATORE J. STILE, Respondent; MILTON HEID et al., Appellants. [756 NYS2d 435] —In a proceeding pursuant to Business Corporation Law article 11 to dissolve a corporation, Milton Heid and Augustus Antico appeal from so much of an order of the Supreme Court, Queens County (Dye, J.), dated January 18, 2002, as granted that branch of the petitioner's motion which was for a preliminary injunction prohibiting the addition or removal of directors during the pendency of the dissolution proceeding.

Ordered that the order is affirmed insofar as appealed from, with costs.

Under the circumstances of this case, the Supreme Court properly granted the petitioner's request for a preliminary injunction (*see Aetna Ins. Co. v Capasso,* 75 NY2d 860 [1990]; *Matter of Walsh v Design Concepts,* 221 AD2d 454 [1995]). Feuerstein, J.P., Smith, McGinity and Cozier, JJ., concur.

■ In the Matter of CRAIG CHERTOK, Petitioner, v KENNETH RESNICK, Respondent. [756 NYS2d 435] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent dated September 3, 2002, which, inter alia, adhered to a prior determination dated April 22, 2002, temporarily suspending the petitioner's pistol license until the final disposition of certain charges then pending against the petitioner in the Town of Clarkstown Justice Court, and directed the petitioner to surrender his firearms and permit.

Adjudged that the proceeding is dismissed as academic, without costs or disbursements.

On November 7, 2002, while this proceeding was pending, the criminal prosecution terminated with the petitioner's conviction of driving while impaired. The petitioner acknowledges that this rendered academic his challenge to the determination dated September 3, 2002, and the interim suspension of his pistol permit. Goldstein, J.P., Adams, Townes and Crane, JJ., concur.